IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANTHONY B. RYAN                                                                PLAINTIFF

v.                          CIVIL NO. 10-3062

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 8th day of July 2010:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is directed to file the complaint *nunc pro tunc* as of July 7, 2010. Additionally, the court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs. The Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 0 9 2010

CHRIS R. JOHNSON, CLERK

BY
      DEPUTY CLERK

AO72A
(Rev. 8/82)